# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JULIE HANSEN, individually
and as Personal Representative of the
ESTATE OF MICHAEL JOHN NANCE,
deceased, and as Mother and Next
Friend of KAYLA NANCE,
KAITLYN NANCE, and TESSA NANCE,
minors, and JORY NANCE,

                  Plaintiffs,

vs.                                               No. CIV. 03-453 JC/WDS

THE BOARD OF COUNTY COMMISSIONERS
OF SAN MIGUEL COUNTY, NEW MEXICO,
GERALD L. ORTIZ, ANNETTE PINO,
MARVIN SALAZAR and STEVEN MARTINEZ,

                  Defendants.

## MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDATION

THIS MATTER came before the Court on December 30, 2003 for the purpose of reviewing a proposed settlement involving minors. The Court heard evidence on this matter and was presented with a report from Kathleen M. Oakey, Guardian Ad Litem, which found the settlement to be adequate, fair, equitable and in the best interests of the minor children. After listening to the representations of counsel for the parties and the Guardian Ad Litem, I find that the proposed settlement is adequate, fair and equitable, and that it is in the best interests of the minor children.

## RECOMMENDATION

I hereby recommend that the settlement as detailed before this Court be approved by the Court.

_____
Hon. W. Daniel Schneider
United States Magistrate Judge

APPROVED AND SUBMITTED:

_____
Robert R. Rothstein
Attorney for Plaintiff

APPROVED:

Approved by Telephone 12/18/01
John B. Pound
Attorney for Defendants

S:\Bob\5434\Pleadings\Mag. Jdg's Findings.wpd

2